DENTISTS' SUPPLY COMPANY OF NEW YORK, Respondent, *v.* E. G. CORNELIUS et al., Copartners Doing Business as CORNELIUS PRODUCTS COMPANY and as GENERAL WAX REFINING COMPANY, Appellants.

Argued October 13, 1953; decided November 20, 1953.

*Herman S. Axelrod* and *Maitland M. Axelrod* for appellants.

*Alfred J. Morgan, G. Arthur Blanchet* and *Douglas M. More* for respondent.

Order affirmed, with costs. First, third and fourth questions certified answered in the negative. Second question certified answered in the affirmative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.